AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case: 1:22-mj-00140 |
| Todd Tilley | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 6/16/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Todd Tilley__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

.

2022.06.16
18:35:18 -04'00'

Date: 06/16/2022                                              _____
                                                              *Issuing officer's signature*

City and state: Washington, D.C.                              Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/17/22, and the person was arrested on *(date)* 06/21/22
at *(city and state)* Portland, ME.

Date: 6/21/22                                                 _____
                                                              *Arresting officer's signature*

                                                              Steven L. Fleens
                                                              *Printed name and title*