

# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Robert A. Levine, Esq. (Bar #003845) of Portland, ME was duly admitted as an Attorney and Counselor at Law in the State of Maine on September 30, 1988, and is presently registered and in good standing as an Active Resident member of the bar.

Given under my hand and the Seal of said Court on June 29, 2022.

*[signature]*

Matthew E. Pollack
Executive Clerk

Not valid without raised seal.

**BOARD MEMBERS**

Margaret K. Minister, Esq., Chair
Laura E. S. Curtis, Esq., Vice Chair

Eric Beaudoin, Psy.D.
Alice E. Clifford, Esq.
Eileen M. Fahey, Esq.
Angela M. Farrell, Esq.
A. Jack Keenan
Ann M.S. LeBlanc, Ph.D., ABPP
Daniel J. Stevens, Esq.

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

97 Winthrop Street
P O Box 527
Augusta, ME 04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email: Board@mebaroverseers.org • Web: www.mebaroverseers.org

**BOARD STAFF**

**EXECUTIVE DIRECTOR**
Aria Eee, Esq.

**BAR COUNSEL**
Julia A. Sheridan

**ASSISTANT BAR COUNSEL**
Audrey B. Braccio
Suzanne E. Thompson

**BOARD CLERK**
Melissa L. Littlehale, J.D.

**CLE DIRECTOR**
David C. Morse, Esq.

June 29, 2022

To Whom It May Concern:

Please be advised that according to the registration records of Maine's Board of Overseers of the Bar, Robert A. Levine, Esq. (Bar No. 003845) is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

The Board's records further indicate the following public sanction and disciplinary record for Robert A. Levine, Esq.:

| | |
|---|---|
| Admonitions: | NONE |
| Reprimands: | NONE |
| Suspensions: | NONE |
| Disbarments: | NONE |
| Pending Charges: | NONE |

Please contact us if you need further assistance.

Sincerely,

*Melissa Littlehale*

Melissa Littlehale, J.D.
Board Clerk

**From:** receipts@lawpay.com <receipts@lawpay.com>
**Sent:** Wednesday, June 29, 2022 11:49 AM
**To:** Intake <Intake@mebaroverseers.org>; Aria Eee <AEee@mebaroverseers.org>; David Morse <DMorse@mebaroverseers.org>
**Subject:** Received Web Payment from Robert A. Levine for $25.00



The Maine Board of Overseers of the Bar
P.O. Box 527
Augusta, Maine 04332
(207) 623-1121
Board@mebaroverseers.org

## Payment Receipt $25.00

**Account Holder**
Robert A. Levine
31 Wildwood Blvd
Cumberland , Maine 04110
attorneyralevine@gmail.com

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Board of Overseers of the Bar | **Amount Paid:** | $25.00 |
| | | **Payment Method:** | AMEX |
| **I would like to request Certificate(s) of Good Standing - $25 each :** | ["1", 25] | **Auth Code:** | 104690 |
| | | **Card Number:** | ***********2009 |
| | | **Payment Date:** | June 29, 2022 11:48 am |
| **I would also like to request a Disciplinary History Letter :** | yes | **Transaction Id:** | 66831020 |
| **Bar No.:** | 3845 | | |
| **First Name:** | Robert | | |
| **M.I.:** | A | | |
| **Last Name :** | Levine | | |
| **Requester First Name:** | Robert | | |
| **Requester Last Name:** | Levine | | |
| **Requester Phone Number:** | 207-871-0036 | | |
| **Name:** | Robert A. Levine | | |
| **Organization/Business:** | Robert A. Levine Attorney at Law | | |
| **Address :** | 17 South St | | |
| **City:** | Portland | | |
| **State:** | ME | | |
| **Zip Code:** | 04101 | | |

POWERED BY
LawPay

www.lawpay.com
support@lawpay.com